IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**DANIEL F. LEBRON ALICEA**<br>**NORMA C. COLÓN LÓPEZ**<br><br>XXX-XX-0747<br>XXX-XX-4570<br><br>Debtor | **Case No.:  12-03262 (ESL)**<br><br>Chapter 13 |

**TRUSTEE'S POSITION AS TO DEBTORS' "MOTION REQUESTING EXEMPTION
TO PAY GENERAL UNSECURED POOL OF B22C MEAN TEST DUE TO SPECIAL
CIRCUMSTANCES" (DOCKET NO. 19)**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully states and requests:

1. On June 26, 2012, Debtors filed a motion requesting an order exempting them from having to pay the general unsecured pool. In said motion, Debtors explained that the alleged general unsecured pool is created from the payment of unused sick leave and vacation that debtor received at the time of his retirement. (Docket No. 66)

2. The Trustee respectfully informs that he has no objection as to Debtors' motion requesting an order exempting them from having to pay the general unsecured pool. In this case, Debtors demonstrated that Debtor received a payment from

unused sick leave and vacation that will not be received in the future. In sum, Debtors demonstrated they are submitting all their disposable income in compliance with 11 U.S.C. §1325(b)(1).

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to take notice of the Trustee's position as to Debtor's motion requesting an order excusing them from paying the general unsecured pool.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular Fist Class Mail on this same date to: the DEBTOR(s), and all those parties in interest who have filed a notice of appearance if not an CM/ECF register user.

In San Juan, Puerto Rico, this **10th day of July 2012**.

**/S/ Mayra M. Argüelles-Álvarez**
Staff Attorney
USDC-PR No. 228304
**JOSE R. CARRIÓN-MORALES**
**CHAPTER 13 TRUSTEE**
P.O. Box 9023884
*San Juan, P.R. 00902-3884*
Tel (787) 977-3535
Fax (787) 977-3550

12-03262-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| EDGARDO MANGUAL GONZALEZ*<br>EMG LEGAL PARTNERS PSC<br>EDIF LA ELECTRONICA<br>SUITE 201 A CALLE BORI 1608<br>SAN JUAN, PR 00927 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | DANIEL F LEBRON ALICEA<br>MIRAFLORES<br>42-8 CALLE 52<br>BAYAMON, PR 00957 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | BECKET & LEE LLP<br>ATTORNEY/AGENT FOR CREDITORS<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00918-5387 | FIA CARD SERVICES<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 |
| GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYST CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | GE MONEY BANK<br>DBA PEP BOYS<br>PO BOX 960061<br>ORLANDO, FL 32896-0661 |
| HSBC RETAIL SERVICES<br>PO BOX 49353<br>SAN JOSE, CA 95161-9353 | MONEY EXPRESS<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 |
| OFFICE MAX<br>RETAIL SERVICES<br>PO BOX 5893<br>CAROL STREAM, IL 60197-5893 | RETIREMENT<br>, PR 00000 |
| SCOTIABANK<br>PO BOX 362230<br>SAN JUAN, PR 00936-2230 | SCOTIABANK DE PUERTO RICO<br>C/O ISMAEL H HERRERO III<br>PO BOX 362159<br>SAN JUAN, PR 00936-2159 |
| SEARS CREDIT CARDS<br>PO BOX 183081<br>COLUMBUS, OH 43218-3081 | SISTEMA DE RETIRO<br>JUNTA DE SINDICOS<br>PO BOX 21769<br>SAN JUAN, PR 00931-1769 |

```
TD RETAIL CARD SERVICES                  UNIVERSICOOP
PO BOX 740933                             PO BOX 22325
DALLAS, TX  75374                         SAN JUAN, PR  00931-2325
```

DATED:  July 10, 2012                          amanzano
                                         _____
                                         OFFICE OF THE CHAPTER 13 TRUSTEE